Kenneth Glover #1838711
59 Darrington Road
Rosharon, Tx.   77583


January 13, 2015


Abel Acosta, Clerk,
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Tx.                78711


RE PD-0535-14   Glover v. State,   11-06-06204-
CR   Trial Court No 09-13-00084-CR - Beaumont
COA from 359th Dist. Ct. Montgomery County, Texas


Dear Clerk,
    Please note the above-date & address changes
on the record and advise whether or not any
decision has been made.


    Opposing counsel has been notified.   Thank you

                    Respectfully,

Abel Acosta, Clerk

6 2015

ED IN
KRIMINAL APPEALS